LAW LIBRARY

NO. 29153

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

DIONISIO MARTIN, Petitioner/Defendant-Appellant,

and

DAPHNE HELENIHI, Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 07-1-1089)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Moon, C.J., for the court[1])

Petitioner/defendant-appellant Dionisio Martin's application for writ of certiorari, filed December 24, 2009, is hereby rejected.

DATED:  Honolulu, Hawai'i, February 2, 2010.

FOR THE COURT:

Chief Justice

---

[1] Considered by:  Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.